```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |  |
|---|---|---|
| UNITED FINANCIAL SERVICES GROUP, INC., | : | CIVIL ACTION NO. 05-5297 (MLC) |
| Plaintiff, | : | **MEMORANDUM OPINION** |
| v. | : |  |
| RICK SOHN, et al., | : |  |
| Defendants. | : |  |

**THE PLAINTIFF** advising the Court that "the parties have reached an agreement to settle the action, subject to memorializing the agreement in a written settlement agreement," and that "the Court may issue a 60-day Order" (8-2-06 Dunn Letter); and thus the Court intending to (1) deny the defendants' separate motions to dismiss the complaint (dkt. entry nos. 8 & 9) without prejudice, and (2) dismiss the complaint (a) without costs and (b) without prejudice to reopen the action on good cause shown within 60 days if the settlement is not consummated; and for good cause appearing, the Court will issue an appropriate order and judgment.

                                            s/ Mary L. Cooper
                                            **MARY L. COOPER**
                                            United States District Judge